IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| **LESLIE SHANE KELLY,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. |
| v. | )    1:04cv1064-T |
| | )         (WO) |
| **SMITH & WESSON HOLDING** | ) |
| **CORPORATION, etc., and** | ) |
| **OLIN CORPORATION, etc.,** | ) |
| | ) |
| Defendants. | ) |

### ORDER

It is ORDERED that defendant Smith & Wesson Holding Corporation's motion for leave to amend answer (Doc. No. 26) is granted. The court assumes that the other parties have no objection to the allowance of the amendment; however, if they do, they must file the objection within seven days from the date of this order.

DONE, this the 3rd day of May, 2005.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**