IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| **LESLIE SHANE KELLY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:04cv1064-T |
| ) | (WO) |
| **SMITH & WESSON HOLDING** ) | |
| **CORPORATION, etc., and** ) | |
| **OLIN CORPORATION, etc.,** ) | |
| ) | |
| Defendants. ) | |

**ORDER**

It is ORDERED that plaintiff's motion for leave to amend complaint (Doc. No. 27) is granted. The court assumes that the other parties have no objection to the allowance of the amendment; however, if they do, they must file the objection within seven days from the date of this order.

DONE, this the 3rd day of May, 2005.

                                               /s/ Myron H. Thompson
                                       **UNITED STATES DISTRICT JUDGE**