IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| **LESLIE SHANE KELLY,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | **CIVIL ACTION NO.** |
|     **v.** ) | **1:04cv1064-T** |
| ) | **(WO)** |
| **SMITH & WESSON HOLDING** ) | |
| **CORPORATION, etc., and** ) | |
| **OLIN CORPORATION, etc.,** ) | |
| ) | |
|     **Defendants.** ) | |

**JUDGMENT**

Pursuant to the stipulation of dismissal (Doc. No. 39), it is the ORDER, JUDGMENT, and DECREE of the court that the individual claims against defendant Olin Corporation are dismissed with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 21st day of July, 2005.

                                   **/s/ Myron H. Thompson**
                            **UNITED STATES DISTRICT JUDGE**