IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


LESLIE SHANE KELLY,            )
                               )
        Plaintiff,             )
                               )  CIVIL ACTION NO.
        v.                     )    1:04cv1064-T
                               )        (WO)
SMITH & WESSON HOLDING         )
CORPORATION, etc., and         )
OLIN CORPORATION, etc.,        )
                               )
        Defendants.            )

### JUDGMENT

The court having been informed that this cause is now
settled, it is the ORDER, JUDGMENT, and DECREE of the
court that this lawsuit is dismissed in its entirety with
prejudice, with the parties to bear their own costs and
with leave to the parties, within 45 days, to stipulate
to a different basis for dismissal or to stipulate to the
entry of judgment instead of dismissal, and with leave to
any party to file, within 45 days, a motion to have the
dismissal set aside and the case reinstated or the

settlement enforced, should the settlement not be consummated.

It is further ORDERED that all outstanding motions are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 25th day of October, 2005.


   /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE